ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Micah.Smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 20 2019
at 10 o'clock and 01 min. AM
SUE BEITIA, CLERK  ES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 19-01300 WRP |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| GLENN ROBERT ALIKA MUTH, | |
| Defendant. | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW, the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

RECEIVED
CLERK, U. S. DISTRICT COURT
DEC 20 2019 9: 37 AM
DISTRICT OF HAWAII  ES

That the defendant, Glenn Robert Alika Muth, is presently charged in the above-captioned matter with possession of stolen firearm in violation of 18 U.S.C. § 922(j) and other offenses, and is now detained in the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, HI 96819, in the custody of the Warden Francis Sequeira.  It is necessary to have said defendant present in the above-entitled case for an initial appearance on December 20, 2019, at 2:00 p.m., in the courtroom of the Honorable Wes Reber Porter, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden Francis Sequeira to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden Francis Sequeira commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Wes Reber Porter in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United

States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Oahu Community Correctional Center.

DATED: December 19, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By_____
MICAH SMITH
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORDER

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: December 20, 2019, at Honolulu, Hawaii.

_____
WES REBER PORTER
United States Magistrate Judge

UNITED STATES v. GLENN ROBERT ALIKA MUTH
Mag. No. 19-01300 WRP
"Application and Order for Writ of Habeas Corpus Ad Prosequendum"

4