ORIGINAL

DKW

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

SARA D. AYABE #9546
MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email:  sara.ayabe@usdoj.gov
            michael.nammar@usdoj.gov
            micah.smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 02 2020
at 9 o'clock and 20 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR20 00031 DKW |
| Plaintiff, | INFORMATION |
| v. | [18 U.S.C. §§ 641 and 922(j); 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)] |
| GLENN ROBERT ALIKA MUTH, | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

Count 1<br>
Possession of Stolen Firearm<br>
(18 U.S.C. § 922(j))

On or about and between November 10, 2019, and November 11, 2019, both dates being approximate and inclusive, within the District of Hawaii, GLENN ROBERT ALIKA MUTH, the defendant, did knowingly possess a stolen firearm, namely, a Glock 42 semi-automatic handgun bearing serial number ABDD809, knowing and having reasonable cause to believe that the firearm was stolen, which firearm had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(j).

Count 2<br>
Possession with Intent to Distribute Methamphetamine<br>
(21 U.S.C. § 841)

From a precise date unknown, but by at least on or about November 11, 2019, within the District of Hawaii, GLENN ROBERT ALIKA MUTH, the defendant, did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Count 3
Theft of Government Property
(18 U.S.C. § 641)

In or about May 2018, within the District of Hawaii, GLENN ROBERT ALIKA MUTH, the defendant, willfully and knowingly did steal and purloin goods and property of the United States of a value exceeding $1,000, namely, MUTH stole a Wells Cargo covered utility trailer and two John Deere Gator A3-T utility vehicles, which had a total value of approximately $33,895, from the Logistical Readiness Center near Schofield Barracks.

All in violation of Title 18, United States Code, Section 641.

First Forfeiture Notice

1.  The allegations set forth in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.  The United States hereby gives notice to GLENN ROBERT ALIKA MUTH, the defendant, that upon conviction of the offense charged in Count 1 this Information, the government will seek forfeiture, in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), of any firearms or ammunition involved in or used in the offense, including but not limited to the following: the Glock 42 semi-automatic handgun

bearing serial number ABDD809; the silver colored Smith and Wesson six-shot revolver handgun, bearing serial number 11809; and the seven .380 caliber rounds of ammunition recovered during the search warrant on the defendant's backpack.

    3.    If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party,

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461.

## Second Forfeiture Notice

    1.    The allegations set forth in Count 2 of this Information are hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

2. The United States hereby gives notice that, upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), set forth in Count 2 of this Information, GLENN ROBERT ALIKA MUTH, the defendant, shall forfeit to the United States of America any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, including but not limited to the Glock 42 semi-automatic handgun bearing serial number ABDD809; the silver colored Smith and Wesson six-shot revolver handgun, bearing serial number 11809; and the seven .380 caliber rounds of ammunition recovered during the search warrant on the defendant's backpack.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party,

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up

to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

DATED: March 2, 2020, at Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
SARA D. AYABE
MICHAEL NAMMAR
MICAH SMITH
Assistant U.S. Attorneys

United States v. Glenn Robert Alika Muth
Information
Cr. No.

6